IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 24-35809-H5-7 |
| | § | |
| Smile Angels PLLC, | § | (Chapter 7) |
| | § | |
| Debtor. | § | Judge Jeffrey P. Norman |

NOTICE OF
FIRST AND FINAL APPLICATION FOR COMPENSATION AND FOR
REIMBURSEMENT OF EXPENSES BY HUGHES WATTERS ASKANASE, LLP AS
GENERAL COUNSEL FOR THE CHAPTER 7 TRUSTEE FOR SERVICES
COMMENCING ON MAY 22, 2025 THROUGH FEBRUARY 13, 2026

*THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.*

*REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.*

**TO THE HONORABLE JEFFREY P. NORMAN, UNITED STATES BANKRUPTCY JUDGE:**

Take Notice that on February 13, 2026, the Law Firm of Hughes Watters Askanase, LLP, filed its *First and Final Application for Compensation and For Reimbursement of Expenses as General Counsel for the Chapter 7 Trustee* [Docket Number 103], covering the period from May 22, 2025 through February 13, 2026. Applicant seeks compensation in the amount of $26,596.50

in professional fees plus $86.97 in expenses, totaling $26,683.47 incurred during the period from May 22, 2025 through February 13, 2026 all such sums being priority administrative expenses.

Copy of the Application is on file at the Office of the Bankruptcy Clerk, 515 Rusk Street, Fifth Floor, Houston, Texas 77002 and can be viewed during regular business hours. If you wish to obtain a complete copy of the Application, please contact the undersigned attorney at the address below.

Respectfully submitted,

*/s/ Steven Shurn*
Steven Shurn          TBN: 24013507
sshurn@hwa.com
HUGHESWATTERSASKANASE LLP
TotalEnergies Tower
1201 Louisiana, 28th Floor
Houston, Texas 77002
(713) 590-4200 Telephone
(713) 590-4230 Fax
(713) 410-2139 Cell Phone

**ATTORNEY FOR CHAPTER 7 TRUSTEE, CATHERINE STONE CURTIS**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and complete copy of the foregoing *Notice* was served on all parties required to be served by BLR 9013, as shown on the attached "Service List", by first class mail and/or ECF on February 13, 2026.

/s/ Steven Shurn

Steven Shurn